| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | JASON HITT |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0190 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO MARCUS DAVIS AND ORDER |
| v. | |
| MARCUS DAVIS, | |
| Defendant. | |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Marcus Davis in Case No. 2:11-CR-0190 MCE pursuant to Federal Rule of Criminal Procedure 48(a).

The government brings this motion in the interests of justice because defendant Davis was convicted of first degree murder in Sacramento County Superior Court. His projected parole date is July 2044. Accordingly, the United States respectfully moves to dismiss the Indictment against defendant Davis in Case No. 2:11-CR-0190 MCE in the interests of justice pursuant to Rule 48(a).

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: October 2, 2018                         /s/Jason Hitt
                                                  JASON HITT
                                                  Assistant United States Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, it is hereby ordered that the Indictment in Case No. 2:11-CR-0190 MCE against defendant Marcus Davis is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE